| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| [redacted] | 01/ | 10000 | 1 of 1 |

North Penn Regional Realty LLC
601 Bethlehem Pike Bldg B
Montgomeryville, PA 18936

# Earnings Statement

Period Starting: 08/16/2026
Period Ending: 08/31/2026
Pay Date: 08/31/2026

Taxable Filing Status: Married
Exemptions/Allowances:
Federal: Higher W/H Table
State: 0
Local: 0
Tax Override:
Federal: 0.00 Addnl
State:
Local:
Social Security Number: XXX-XX-XXXX

Jennifer Sullivan
138 South Wayne Avenue
Hatfield, PA 19440-2945

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 19.8000 | 16.00 | 316.80 | 316.80 |
| Gross Pay | | | $316.80 | $316.80 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | 0.00 | 0.00 |
| Social Security | -19.64 | 19.64 |
| Medicare | -4.59 | 4.59 |
| Pennsylvania State Income | -9.73 | 9.73 |
| Pennsylvania State UI | -0.22 | 0.22 |
| Montgomery T Local Income | -3.17 | 3.17 |
| Montgomery Twp Local | -2.17 | 2.17 |
| Net Pay | $277.28 | |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 16.00 | 16.00 |

Important Notes

Basis of pay: Hourly

Your federal taxable wages this period are $316.80

North Penn Regional Realty LLC
601 Bethlehem Pike Bldg B
Montgomeryville, PA 18936

60-10/311

Payroll Check Number: 10000
Pay Date: 08/31/2026

Pay to the order of: Jennifer Sullivan

This amount: TWO HUNDRED SEVENTY SEVEN AND 28/100 $277.28

THIS IS NOT A CHECK

VOID - NON NEGOTIABLE VOID - NON NEGOTIABLE

WSFS Bank

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| [redacted] | 01/ | 3746594 | 1 of 1 |

North Penn Regional Realty LLC
601 Bethlehem Pike Bldg B
Montgomeryville, PA 18936

# Earnings Statement

Period Starting: 09/01/2026
Period Ending: 09/15/2026
Pay Date: 09/15/2026

Taxable Filing Status: Married
Exemptions/Allowances:
Federal: Higher W/H Table
State: 0
Local: 0
Social Security Number: XXX-XX-XXXX

Tax Override:
Federal: 0.00 Addnl
State:
Local:

Jennifer Sullivan
138 South Wayne Avenue
Hatfield, PA 19440-2945

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | | 0.00 | 1461.54 | 1778.34 |
| Gross Pay | | | $1,461.54 | $1,778.34 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | 0.00 | 0.00 |
| Social Security | -90.62 | 110.26 |
| Medicare | -21.20 | 25.79 |
| Pennsylvania State Income | -44.87 | 54.60 |
| Pennsylvania State UI | -1.02 | 1.24 |
| Montgomery T Local Income | -14.62 | 17.79 |
| Montgomery Twp Local | -2.17 | 4.34 |
| Net Pay | $1,287.04 | |

Deposits

| account number | transit/ABA | amount |
|---|---|---|
| XXXXXX0849 | XXXXXXXXX | 1287.04 |

Important Notes

Basis of pay: Salaried

Your federal taxable wages this period are $1,461.54

North Penn Regional Realty LLC
601 Bethlehem Pike Bldg B
Montgomeryville, PA 18936

Pay Date: 09/15/2026

| Deposited to the account | account number | transit/ABA | amount |
|---|---|---|---|
| Checking DirectDeposit | XXXXXX0849 | XXXXXXXXX | 1287.04 |

THIS IS NOT A CHECK

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| [redacted] | 01/ | 3759385 | 1 of 1 |

North Penn Regional Realty LLC
601 Bethlehem Pike Bldg B
Montgomeryville, PA 18936

# Earnings Statement

ADP

Period Starting: 09/16/2026
Period Ending: 09/30/2026
Pay Date: 09/30/2026

Taxable Filing Status: Married
Exemptions/Allowances:
Federal: Higher W/H Table
State: 0
Local: 0
Tax Override:
Federal: 0.00 Addnl
State:
Local:
Social Security Number: XXX-XX-XXXX

Jennifer Sullivan
138 South Wayne Avenue
Hatfield, PA 19440-2945

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | | 0.00 | 1730.77 | 3509.11 |
| Gross Pay | | | $1,730.77 | $3,509.11 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | 0.00 | 0.00 |
| Social Security | -107.30 | 217.56 |
| Medicare | -25.09 | 50.88 |
| Pennsylvania State Income | -53.13 | 107.73 |
| Pennsylvania State UI | -1.22 | 2.46 |
| Montgomery T Local Income | -17.31 | 35.10 |
| Montgomery Twp Local | -2.17 | 6.51 |
| Net Pay | $1,524.55 | |

Deposits

| account number | transit/ABA | amount |
|---|---|---|
| XXXXXX0849 | XXXXXXXXX | 1524.55 |

Important Notes

Basis of pay: Salaried

Your federal taxable wages this period are $1,730.77

North Penn Regional Realty LLC
601 Bethlehem Pike Bldg B
Montgomeryville, PA 18936

Pay Date: 09/30/2026

| Deposited to the account | account number | transit/ABA | amount |
|---|---|---|---|
| Checking DirectDeposit | XXXXXX0849 | XXXXXXXXX | 1524.55 |

THIS IS NOT A CHECK