**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| Jennifer Marie Sullivan,<br><br>*Debtor*. | Case No. 26-14276-AMC<br>Chapter 13 |

**CERTIFICATION OF SERVICE**

I, Michael A. Cibik, certify that on October 16, 2026, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the CM/ECF system:

- Chapter 13 Plan

I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated.

Date: October 16, 2026

/s/ Michael A. Cibik

Michael A. Cibik (#23110)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com

**Method of Service - CM/ECF:**

**U.S. Trustee**
Robert NC Nix, Sr. Federal Building
900 Market Street, Suite 320
Philadelphia, PA 19107

**Scott F. Waterman**
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

**LoanDepot.com**
Attn: Roger Fay, Esquire
Albertelli Law
14000 Commerce Parkway, Suite H
Mount Laurel, NJ 08054

# Method of Service - First Class Mail

**Bansfield Pet Hospital**
Attn: Bankruptcy
P.O. Box 87586
Vancouver, WA 98687

**Capital One**
Attn: Bankruptcy
PO Box 30285
Salt Lake City, UT 84130-0285

**Central Research Inc/D**
CRI, Attn: Bankruptcy
P.O. Box 83106
Lincoln, NE 68501-3106

**Chase Card Services**
Po Box 15298
Wilmington, DE 19850-5298

**Cherry Technologies, Inc.**
2261 Market Street #4869
San Francisco, CA 94114

**Children's Hospital of Philadelphia**
Attn: Bankruptcy
3401 Civic Center Blvd
Philadelphia, PA 19104-4319

**Citibank**
Citicorp Cr Srvs/Centralized Bankruptcy
PO Box 790040
Saint Louis, MO 63179-0027

**Citizens Bank**
Attention: Bankruptcy
1 Citizens Plaza
Providence, RI 02903

**Comcast**
Attn: Bankruptcy
1701 John F Kennedy Blvd
Philadelphia, PA 19103-2838

**Credit One Bank**
Attn: Bankruptcy
6801 S Cimarron Rd
Las Vegas, NV 89113-2273

**First Tech Fcu**
Attn: Bankruptcy
PO Box 2100
Beaverton, OR 97075

**Greensky**
Attn: Bankruptcy
5565 Glenridge Connector Suite #700
Atlanta, GA 30342

**Harris & Harris, Ltd.**
Attn: Bankruptcy
111 W Jackson Blvd Ste 650
Chicago, IL 60604-3589

**Internal Revenue Service**
Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA 19101-7346

**Jefferson Health**
Attn: Bankruptcy
c/o Office of Legal Affairs
1101 Market St Ste 2400
Philadelphia, PA 19107-2934

**New Jersey Turnpike Authority**
Attn: Ramon de la Cruz
P.O. Box 5042
Woodbridge, NJ 07095

**Pennsylvania Dept. of Revenue**
Bankruptcy Division
1 Revenue Pl
Harrisburg, PA 17129-0001

**Pennsylvania Turnpike Commission**
300 East Park Drive
Harrisburg, PA 17111

**Pnc Financial/Pnc Bank**
Attn: Bankruptcy
300Fifth Ave
Pittsburgh, PA 15222

**Synchrony Bank/Amazon**
Attn: Bankruptcy
PO Box 965060
Orlando, FL 32896

**Toyota Financial Services**
Attn: Bankruptcy
PO Box 259001
Plano, TX 75025-9001

**Wells Fargo Bank NA**
Attn: Bankruptcy
1 Home Campus MAC X2303-01A 3rd Floor
Des Moines, IA 50328